Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CRUZ,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>   Defendants. | Case No.: 5:16-cv-04623-NC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Arthur Cruz and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER -1-

DATED: May 23, 2017                                    **Sagaria Law, P.C.**

                                            By:    */s/ Elliot Gale*
                                                   Elliot Gale
                                                   Attorney for Plaintiff Arthur Cruz


DATED: May 23, 2017                                    **Jones Day**

                                            By:    */s/ Celia M. Jackson*
                                                   Celia M. Jackson
                                                   Attorney for Defendant Experian
                                                   Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 26, 2017

                                            _____
                                            Hon. Nathanael M. Cousins
                                            UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins